UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-3402
_____

PETROLEOS MEXICANOS REFINACION,

Appellee

v.

M/T KING A (EX-TBILISI),
her engines, boilers, etc., in rem
by KING DAVID SHIPPING CO., LTD.,

Appellant

_____

On Appeal from the United States District Court
For the District of New Jersey
(D.C. No. 02-cv-01215)

District Judge: Honorable Dennis M. Cavanaugh
_____

Argued September 11, 2008
_____

Before: SLOVITER, FUENTES and ALDISERT, Circuit Judges

_____

JUDGMENT
_____

    This cause came to be heard on the record from the United States District Court for the District of New Jersey and argued on September 11, 2008.

On consideration whereof, it is here now ORDERED AND ADJUDGED by this Court that the Judgment of the District Court dated July 26, 2007, be, and is, hereby reversed, and, after remand, the District Court is directed to vacate the warrant of arrest, to cancel and discharge substitute security and dismiss the complaint.

Costs are taxed against Appellee.

All of the above is in accordance with the Opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron, Clerk

Dated: January 27, 2009

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk